**Donald L. FINCHEM, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 51882.

Missouri Court of Appeals,
Western District.

Nov. 12, 1996.

David Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM.

From the denial after evidentiary hearing of a Rule 24.035 motion, the Movant alleges: 1) his plea to first degree assault was the result of ineffective assistance of counsel for failure to investigate; and 2) the plea court erred in not establishing a sufficient factual basis for the assault pursuant to Rule 24.02(e).

The judgment is affirmed. Rule 84.16(b).

**Janis L. CLOE, Appellant,**

v.

**FLORENCE CONSTRUCTION COMPANY, et al., and Gun–Ko Control, Inc. Respondents.**

No. WD 52197.

Missouri Court of Appeals,
Western District.

Nov. 12, 1996.

Jimmie D. James, Independence, for Appellant.

Mark Eugene Johnson, Kansas City, for Florence Construction Co.

Hal D. Meltzer, Overland Park, KS, for Gun–Ko Control, Inc.

Before SPINDEN, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Appeal from an order granting summary judgment to respondent Florence Construction Company.

Affirmed. Rule 84.16(b).